RECEIVED

MAY 1 4 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVIN HANKS | CIVIL ACTION NO. 6:12-cv-2126 |
| VS. | SECTION P |
| | JUDGE HAIK |
| ALAN P. HANEY | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted, and for seeking damages from a defendant who is immune from suit in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 13th day of May, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE